UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE CITY DIVISION


KELLY NAROWSKI

    Plaintiff,

vs.                                    CASE NO:  3:14-cv-1535-J-34MCR

SHOPAHOLIC BOUTIQUE, INC, and
ST. AUGUSTINE FOUNDATION, INC.,

    Defendants.
_____/


## NOTICE OF VOLUNTARY DISMISSAL

    COMES NOW the Plaintiff, Kelly Narowski, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Shopaholic Boutique, Inc. and St. Augustine Foundation, Inc., without prejudice.

    Respectfully submitted this the 26th day of June 2015.

| /s/ Edward I. Zwilling | /s/ K. Brian Roller |
|---|---|
| Edward I. Zwilling, Esq. | K. Brian Roller, Esq. |
| Bar No.: ASB-1564-L54E | Florida Bar No.  18696 |
| Schwartz Roller & Zwilling | Schwartz Roller & Zwilling, LLP |
| 600 Vestavia Parkway, Suite 251 | 3876 Sheridan Street |
| Birmingham, Alabama 35216 | Hollywood, Florida 33021 |
| Telephone: (205) 822-2701 | Telephone: (954) 966-2483 |
| Facsimile: (205) 822-2702 | Facsimile: (954) 966-2566 |
| Email: ezwilling@szalaw.com | Email: broller@szalaw.com |